Monterey Rd. 5382, LLC v Lilly Broadcasting, LLC (2025 NY Slip Op 05407)

Monterey Rd. 5382, LLC v Lilly Broadcasting, LLC

2025 NY Slip Op 05407

Decided on October 3, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 3, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., BANNISTER, SMITH, NOWAK, AND DELCONTE, JJ.

714 CA 24-01179

[*1]MONTEREY ROAD 5382, LLC, PLAINTIFF-APPELLANT,
v
LILLY BROADCASTING, LLC, AND LILLY BROADCASTING HOLDINGS, LLC, DEFENDANTS-RESPONDENTS. 

MILLER MAYER, LLP, ITHACA (ANTHONY N. ELIA OF COUNSEL), FOR PLAINTIFF-APPELLANT. 
FOX ROTHSCHILD LLP, BLUE BELL, PENNSYLVANIA (MICHAEL K. TWERSKY, ADMITTED PRO HAC VICE, OF COUNSEL), AND SCHLATHER, STUMBAR, PARKS & SALK, LLP, ITHACA, FOR DEFENDANTS-RESPONDENTS. 

 Appeal from an order of the Supreme Court, Steuben County (Jason L. Cook, J.), entered July 1, 2024. The order granted the motion of defendants to dismiss the complaint. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Entered: October 3, 2025
Ann Dillon Flynn
Clerk of the Court